**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bus-Tev, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Early Morning Seafood** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2208309** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **529B Worthen Street**<br>**Bronx, NY 10474**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bronx**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Bus-Tev, LLC**
Name                                                                                    Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4244

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 31, 2025**
                 MM / DD / YYYY

**X** **/s/ Eric Tevrow**                                **Eric Tevrow**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Gary C. Fischoff**                           Date    **January 31, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**Gary C. Fischoff**
Printed name

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bus-Tev, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allrand Realty Associates LLC 1250 Waters Place PH1 Bronx, NY 10461 | | Vendor | | | | $124,495.68 |
| Atlantica Imports Inc. 139 Harristown Road Ste 206 Glen Rock, NJ 07452 | | Vendor | | | | $137,717.50 |
| Baker Point Fisheries LTD 33 Bakers Point Road East Jeddore NS B0J1W0 | | Vendor | | | | $46,814.00 |
| Blue Ribbon Fish 800 Food Center Drive Unit 67 Bronx, NY 10474 | | Vendor | | | | $13,412.63 |
| CFI Commodity Forwarders, Inc PO Box 894925 Los Angeles, CA 90189 | | Vendor | | | | $14,635.72 |
| Crown Fish Company 800 Food Center Drive Unit 86 Bronx, NY 10474 | | Vendor | | | | $12,739.35 |
| Dockside Fresh 74 Lafayette Ave Suite 202 #107 Suffern, NY 10901 | | Vendor | | | | $28,129.08 |

Debtor    **Bus-Tev, LLC**                                          Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Emerald Seafood Inc 800 Food Center Drive Unit 63 PO Box #6 Bronx, NY 10474** | | **Vendor** | | | | **$14,079.24** |
| **Emery Smith Fisheries Ltd PO Box 14 Shag Harbour Shelburne County NS B0W 2B0 Canada** | | **Vendor** | | | | **$167,626.45** |
| **Fine Fish PO Box 26 No-6099 Fosnavag Norway** | | **Vendor** | | | | **$97,135.59** |
| **Fishy Biz LLC 7 Ocame Ave Westhampton Beach, NY 11978** | | **Vendor** | | | | **$12,993.38** |
| **Intershell International Corp. 9 Blackburn Drive Gloucester, MA 01930** | | **Vendor** | | | | **$23,231.06** |
| **John Nagle Co 306 Northern Ave Boston, MA 02210** | | **Vendor** | | | | **$11,767.57** |
| **Marder Trawling, Inc PO Box 2380 Worcester, MA 01613** | | **Vendor** | | | | **$25,276.00** |
| **Merry's Seafood (2003) Ltd PO Box 39-449 Veterans Memorial Drive Arichat-Nova Scotia-Canada BOE 1A0** | | **Vendor** | | | | **$47,559.98** |
| **Ready Seafood Co 1016 Portland Road Saco, ME 04072** | | **Vendor** | | | | **$15,396.25** |
| **Starvis Seafoods, LLC 1 Seafood Way Boston, MA 02210** | | **Vendor** | | | | **$52,550.29** |

Debtor   **Bus-Tev, LLC**
_____        Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sullivan & Fitzgerald Inc.**<br>**PO Box 259**<br>**Succasunna, NJ 07876** | | **Vendor** | | | | **$49,073.76** |
| **Universal Seafood**<br>**800 Food Center Drive**<br>**#36**<br>**Bronx, NY 10474** | | **Vendor** | | | | **$37,881.68** |
| **Val's Ocean Pacific Seafood Corp**<br>**624 Worthen St**<br>**Bronx, NY 10474** | | **Vendor** | | | | **$26,296.71** |

**Fill in this information to identify the case:**

Debtor name    **Bus-Tev, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

**2018 Ram Promaster**

Describe the lien
**Car Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number  3037**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ally** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

**2018 Ram Promaster**

Describe the lien
**Car Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number  6701**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Bus-Tev, LLC**
     Name
Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally** |
| --- | --- |

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5589**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2018 Ram Promaster**

Describe the lien
**Car Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

---

| 2.4 | **Ally** |
| --- | --- |

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5592**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2018 Ram Promaster**

Describe the lien
**Car Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

---

| 2.5 | **Ally** |
| --- | --- |

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 Ram Promaster**

Describe the lien
**Car Loan**

**Is the creditor an insider or related party?**

☑ No

**Unknown**    **Unknown**

---

| Debtor | **Bus-Tev, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2464**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2022 EMS Small Van** | | |

**PO Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5949**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2022 EMS Small Van** | | |

**PO Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5913**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ally** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

| Debtor | **Bus-Tev, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's Name

**PO Box 380902
Bloomington, MN
55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5056**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 EMS Small Van**

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902
Bloomington, MN
55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7569**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**EMS New Pro**

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Channel Partners** | **Describe debtor's property that is subject to a lien** | $155,153.08 | Unknown |
|---|---|---|---|---|

Creditor's Name

**10900 Wayzata Boulevard
#300
Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3774**

**All assets**

**Describe the lien**
**MCA**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **Bus-Tev, LLC**
_____    Case number (if known) _____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **IOU Central Inc d/b/a IOU Financial Inc** | | $422,402.20 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Portnoy Schneck LLC**
**3705 Quakerbridge Road**
**Suite 116**
**Trenton, NJ 08619**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets; Index no.: 24/0047316**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**
**MCA**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | **On Deck Capital LLC** | | $164,662.45 | Unknown |
|---|---|---|---|---|

Creditor's Name
**4700 W. Daybreak Parkway**
**Suite 200**
**South Jordan, UT 84009**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**9672**

**Describe the lien**
**MCA**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Velocity Capital Group LLC** | **Describe debtor's property that is subject to a lien** | $438,000.00 | Unknown |
|---|---|---|---|---|

Debtor    **Bus-Tev, LLC**                                                      Case number (if known) _____
_____
Name

Creditor's Name
_____

**Murray Legal PLLC**          **All assets; Index no.: 610675/24**
**170 Old Country Road**
**Suite 608**                 _____
**Mineola, NY 11501**
Creditor's mailing address     **Describe the lien**
                               **MCA**
                               _____
                               **Is the creditor an insider or related party?**
_____
Creditor's email address, if known   ■ No
                                      ☐ Yes

                               **Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No
                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
                                    ☐ Contingent
■ No                                ☐ Unliquidated
☐ Yes. Specify each creditor,       ■ Disputed
including this creditor and its relative
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$1,180,217.73** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name   **Bus-Tev, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ACA Freight Forwarding Inc.**<br>**324 Bryant Ave**<br>**Bronx, NY 10474**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $884.04 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Action Enviromental Services**<br>**300 Frank Burr Blvd**<br>**Teaneck, NJ 07666**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2174** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,159.24 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Aeronex Cargo**<br>**8601 NW 27th Street**<br>**Suite 051-514119**<br>**Miami, FL 33122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,368.31 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Agra-Services Brokerage Co Inc.**<br>**221-20 147th Ave**<br>**Jamaica, NY 11430**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,436.23 |

| Debtor | **Bus-Tev, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$124,495.68**

**Allrand Realty Associates LLC**
**1250 Waters Place**
**PH1**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **3021**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**American Express**
**PO Box 297814**
**Ft Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,378.38**

**Aquanor Marketing Inc.**
**383 Dorchester Avenue**
**Suite 230**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137,717.50**

**Atlantica Imports Inc.**
**139 Harristown Road**
**Ste 206**
**Glen Rock, NJ 07452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,784.81**

**Austin Meats**
**355 Food Center Drive**
**A-14**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,814.00**

**Baker Point Fisheries LTD**
**33 Bakers Point Road**
**East Jeddore NS B0J1W0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,400.00**

**Bear Tide Oyster**
**22 1/2 Whiting Street**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bus-Tev, LLC**                                              Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,746.57 |
|---|---|---|---|

**Beyer Lightning Fish Co**
**800 Food Center Drive**
**Unit 117**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,659.27 |
|---|---|---|---|

**Beyond The Sea Imports, Inc**
**PO Box 301**
**Shrewsbury, MA 01545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,110.85 |
|---|---|---|---|

**Big Blue Ocean, LLC.**
**410 Jericho Turnpike**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,653.66 |
|---|---|---|---|

**Binnacle Seafood Intl Inc.**
**PO Box 700 32**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  **005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,412.63 |
|---|---|---|---|

**Blue Ribbon Fish**
**800 Food Center Drive**
**Unit 67**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.84 |
|---|---|---|---|

**Boston Seafood Express**
**8 Seafood Way**
**Units 2-3**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,404.60 |
|---|---|---|---|

**Caleb Haley & Company LLC**
**800 Food Center Drive**
**Unit 110**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
|--------|------------------|--------------------------|--|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Calvisius USA**
**66 Clinton Road**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$478.40**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**CFI**
**Commodity Forwarders, Inc**
**PO Box 894925**
**Los Angeles, CA 90189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$14,635.72**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Channel Partners Capital, LLC**
**111000 Wayzata Blvd**
**Hopkins, MN 55305**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Clearwater Fish Co.**
**800 Food Center Drive**
**Unit #15**
**Bronx, NY 10474**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$3,335.97**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Continental Plastics and Pkg Inc**
**21 Powder Hill Rd**
**Lincoln, RI 02865**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$3,631.36**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Crown Fish Company**
**800 Food Center Drive**
**Unit 86**
**Bronx, NY 10474**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$12,739.35**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Dockside Fresh**
**74 Lafayette Ave**
**Suite 202 #107**
**Suffern, NY 10901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$28,129.08**

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Emerald Seafood Inc**
**800 Food Center Drive**
**Unit 63 PO Box #6**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$14,079.24**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Emery Smith Fisheries Ltd**
**PO Box 14**
**Shag Harbour Shelburne County**
**NS B0W 2B0 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$167,626.45**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Fine Fish**
**PO Box 26**
**No-6099**
**Fosnavag Norway**

Date(s) debt was incurred _

Last 4 digits of account number  <u>0588</u>

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$97,135.59**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Fishy Biz LLC**
**7 Ocame Ave**
**Westhampton Beach, NY 11978**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$12,993.38**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Four Seas, Inc**
**2 Washburn Street**
**New Bedford, MA 02740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$2,057.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Frank W. Wikisson Inc**
**800 Food Center Drive**
**Unit 98-100**
**Hunts Point**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$273.00**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Great Eastern Seafood**
**14 Foodmart Road**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Vendor</u>

Is the claim subject to offset? ■ No  ☐ Yes

**$6,803.15**

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,465.88**

**Hub Truck Leasing & Rentals**
**94 Gazza Boulevard**
**Farmingdale, NY 11735**

Date(s) debt was incurred _

Last 4 digits of account number  **0746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,231.06**

**Intershell International Corp.**
**9 Blackburn Drive**
**Gloucester, MA 01930**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,278.45**

**J&K Seafood Inc**
**800 Food Center Drive**
**Unit 94**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$929.50**

**J&M Seafood Ltd.**
**248B Larkfield Road**
**East Northport, NY 11731**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,303.62**

**JMS Seafood Corp**
**800 Food Center Drive**
**Unit 52**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,767.57**

**John Nagle Co**
**306 Northern Ave**
**Boston, MA 02210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,920.95**

**Kyler Seafood**
**2 Washburn Street**
**New Bedford, MA 02740**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,356.52** |
|---|---|---|---|

**La Reserve 1**
**PO Box 7689**
**New York, NY 10150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,248.63** |
|---|---|---|---|

**Linda's Seafood Inc.**
**1197 Randall Ave**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00** |
|---|---|---|---|

**Maine Seafood Ventures Dba Ready Seafood**
**1016 Portland Road**
**Saco, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,276.00** |
|---|---|---|---|

**Marder Trawling, Inc**
**PO Box 2380**
**Worcester, MA 01613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,824.15** |
|---|---|---|---|

**Maya Foods International**
**410 Jericho Turnpike**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,559.98** |
|---|---|---|---|

**Merry's Seafood (2003) Ltd**
**PO Box 39-449 Veterans Memorial Drive**
**Arichat-Nova Scotia-Canada B0E 1A0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.20** |
|---|---|---|---|

**Mike's Refrigeration Transportation**
**172-52 148th Road**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Bus-Tev, LLC**                                                    Case number (if known) _____
_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,709.50 |
|---|---|---|---|

**Montauk Seafood Co. Inc**
**800 Food Center Drive**
**Unit 81**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,710.00 |
|---|---|---|---|

**Mt. Sinai Fish Inc**
**800 Food Center Drive**
**Units 26 & 28**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.50 |
|---|---|---|---|

**Murry Nixon Fishery**
**1141 Nixon Fishery Rd**
**Edenton, NC 27932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.99 |
|---|---|---|---|

**NWD Inc**
**PO Box 50821**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OnDeck**
**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**Pacific Gold Seafood Inc.**
**800 Food Center Drive**
**New Fulton Fish Market**
**Unit 51**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.33 |
|---|---|---|---|

**Paramount Caviar**
**3815 24th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Bus-Tev, LLC**                                                    Case number (*if known*)  _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,681.65 |
|---|---|---|---|

**Prime Packaging Corp**
**1290 Metropolitan Ave**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,396.25 |
|---|---|---|---|

**Ready Seafood Co**
**1016 Portland Road**
**Saco, ME 04072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,812.25 |
|---|---|---|---|

**RM & Sons**
**PO Box 1247**
**West Chester, PA 19380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $698.50 |
|---|---|---|---|

**Russell Hall Seafood Inc.**
**2501 Old House Point Rd**
**Fishing Creek, MD 21634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,870.00 |
|---|---|---|---|

**Sea salt LLC**
**660 Main St**
**Saco, ME 04072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,431.00 |
|---|---|---|---|

**South Street Seafood Corp.**
**800 Food Center Drive**
**Unit 51**
**Bronx, NY 10474**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,956.27 |
|---|---|---|---|

**Stark Products Co Inc**
**78 Granby Street**
**Bloomfield, CT 06002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bus-Tev, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**Stark Seafood Inc**
5414 74th St
Ste 2203
Elmhurst, NY 11373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,880.76**

---

**3.62** | Nonpriority creditor's name and mailing address
**Starvis Seafoods, LLC**
1 Seafood Way
Boston, MA 02210

Date(s) debt was incurred _

Last 4 digits of account number  **3562**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$52,550.29**

---

**3.63** | Nonpriority creditor's name and mailing address
**Sullivan & Fitzgerald Inc.**
PO Box 259
Succasunna, NJ 07876

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$49,073.76**

---

**3.64** | Nonpriority creditor's name and mailing address
**The Atlantic Red Crab Co.**
132 Herman Melville Blvd
New Bedford, MA 02740

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Universal Seafood**
800 Food Center Drive
#36
Bronx, NY 10474

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$37,881.68**

---

**3.66** | Nonpriority creditor's name and mailing address
**Val's Ocean Pacific Seafood Corp**
624 Worthen St
Bronx, NY 10474

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$26,296.71**

---

**3.67** | Nonpriority creditor's name and mailing address
**Valley National Bank**
1455 Valley Road
Wayne, NJ 07470

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Bus-Tev, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,508.00 |
|---|---|---|---|

**Viking Village Inc**
**1801 Bayview Ave**
**PO Box 458**
**Barnegat Light, NJ 08006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,954.86 |
|---|---|---|---|

**Wheeler Seafood**
**929 E Main Ave**
**Unit 212**
**Puyallup, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __0963__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,161,648.11 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,161,648.11 |

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Bus-Tev, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 31, 2025**

**/s/ Eric Tevrow**
**Eric Tevrow/Managing Member**
Signer/Title

ACA FREIGHT FORWARDING INC.
324 BRYANT AVE
BRONX, NY 10474


ACTION ENVIROMENTAL SERVICES
300 FRANK BURR BLVD
TEANECK, NJ 07666


AERONEX CARGO
8601 NW 27TH STREET
SUITE 051-514119
MIAMI, FL 33122


AGRA-SERVICES BROKERAGE CO INC.
221-20 147TH AVE
JAMAICA, NY 11430


ALLRAND REALTY ASSOCIATES LLC
1250 WATERS PLACE
PH1
BRONX, NY 10461


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902

ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


ALLY
PO BOX 380902
BLOOMINGTON, MN 55438-0902


AMERICAN EXPRESS
PO BOX 297814
FT LAUDERDALE, FL 33329


AQUANOR MARKETING INC.
383 DORCHESTER AVENUE
SUITE 230
BOSTON, MA 02127


ATLANTICA IMPORTS INC.
139 HARRISTOWN ROAD
STE 206
GLEN ROCK, NJ 07452


AUSTIN MEATS
355 FOOD CENTER DRIVE
A-14
BRONX, NY 10474


BAKER POINT FISHERIES LTD
33 BAKERS POINT ROAD
EAST JEDDORE NS B0J1W0


BEAR TIDE OYSTER
22 1/2 WHITING STREET
PLYMOUTH, MA 02360


BEYER LIGHTNING FISH CO
800 FOOD CENTER DRIVE
UNIT 117
BRONX, NY 10474

BEYOND THE SEA IMPORTS, INC
PO BOX 301
SHREWSBURY, MA 01545


BIG BLUE OCEAN, LLC.
410 JERICHO TURNPIKE
JERICHO, NY 11753


BINNACLE SEAFOOD INTL INC.
PO BOX 700 32
NEWARK, NJ 07101


BLUE RIBBON FISH
800 FOOD CENTER DRIVE
UNIT 67
BRONX, NY 10474


BOSTON SEAFOOD EXPRESS
8 SEAFOOD WAY
UNITS 2-3
BOSTON, MA 02210


CALEB HALEY & COMPANY LLC
800 FOOD CENTER DRIVE
UNIT 110
BRONX, NY 10474


CALVISIUS USA
66 CLINTON ROAD
FAIRFIELD, NJ 07004


CFI
COMMODITY FORWARDERS, INC
PO BOX 894925
LOS ANGELES, CA 90189


CHANNEL PARTNERS
10900 WAYZATA BOULEVARD
#300
MINNETONKA, MN 55305


CHANNEL PARTNERS CAPITAL, LLC
111000 WAYZATA BLVD
HOPKINS, MN 55305

CLEARWATER FISH CO.
800 FOOD CENTER DRIVE
UNIT #15
BRONX, NY 10474


CONTINENTAL PLASTICS AND PKG INC
21 POWDER HILL RD
LINCOLN, RI 02865


CROWN FISH COMPANY
800 FOOD CENTER DRIVE
UNIT 86
BRONX, NY 10474


DOCKSIDE FRESH
74 LAFAYETTE AVE
SUITE 202 #107
SUFFERN, NY 10901


EMERALD SEAFOOD INC
800 FOOD CENTER DRIVE
UNIT 63 PO BOX #6
BRONX, NY 10474


EMERY SMITH FISHERIES LTD
PO BOX 14
SHAG HARBOUR SHELBURNE COUNTY
NS B0W 2B0 CANADA


FINE FISH
PO BOX 26
NO-6099
FOSNAVAG NORWAY


FISHY BIZ LLC
7 OCAME AVE
WESTHAMPTON BEACH, NY 11978


FOUR SEAS, INC
2 WASHBURN STREET
NEW BEDFORD, MA 02740

```
FRANK W. WIKISSON INC
800 FOOD CENTER DRIVE
UNIT 98-100
HUNTS POINT
BRONX, NY 10474


GREAT EASTERN SEAFOOD
14 FOODMART ROAD
BOSTON, MA 02118


HUB TRUCK LEASING & RENTALS
94 GAZZA BOULEVARD
FARMINGDALE, NY 11735


INTERSHELL INTERNATIONAL CORP.
9 BLACKBURN DRIVE
GLOUCESTER, MA 01930


IOU CENTRAL INC D/B/A IOU FINANCIAL INC
PORTNOY SCHNECK LLC
3705 QUAKERBRIDGE ROAD
SUITE 116
TRENTON, NJ 08619


J&K SEAFOOD INC
800 FOOD CENTER DRIVE
UNIT 94
BRONX, NY 10474


J&M SEAFOOD LTD.
248B LARKFIELD ROAD
EAST NORTHPORT, NY 11731


JMS SEAFOOD CORP
800 FOOD CENTER DRIVE
UNIT 52
BRONX, NY 10474


JOHN NAGLE CO
306 NORTHERN AVE
BOSTON, MA 02210


KYLER SEAFOOD
2 WASHBURN STREET
NEW BEDFORD, MA 02740
```

LA RESERVE 1
PO BOX 7689
NEW YORK, NY 10150


LINDA'S SEAFOOD INC.
1197 RANDALL AVE
BRONX, NY 10474


MAINE SEAFOOD VENTURES DBA READY SEAFOOD
1016 PORTLAND ROAD
SACO, ME 04072


MARDER TRAWLING, INC
PO BOX 2380
WORCESTER, MA 01613


MAYA FOODS INTERNATIONAL
410 JERICHO TURNPIKE
JERICHO, NY 11753


MERRY'S SEAFOOD (2003) LTD
PO BOX 39-449 VETERANS MEMORIAL DRIVE
ARICHAT-NOVA SCOTIA-CANADA BOE 1A0


MIKE'S REFRIGERATION TRANSPORTATION
172-52 148TH ROAD
JAMAICA, NY 11434


MONTAUK SEAFOOD CO. INC
800 FOOD CENTER DRIVE
UNIT 81
BRONX, NY 10474


MT. SINAI FISH INC
800 FOOD CENTER DRIVE
UNITS 26 & 28
BRONX, NY 10474


MURRY NIXON FISHERY
1141 NIXON FISHERY RD
EDENTON, NC 27932


NWD INC
PO BOX 50821
NEW BEDFORD, MA 02740

ON DECK CAPITAL LLC
4700 W. DAYBREAK PARKWAY
SUITE 200
SOUTH JORDAN, UT 84009


ONDECK
4700 W. DAYBREAK PKWY
SUITE 200
SOUTH JORDAN, UT 84009


PACIFIC GOLD SEAFOOD INC.
800 FOOD CENTER DRIVE
NEW FULTON FISH MARKET
UNIT 51
BRONX, NY 10474


PARAMOUNT CAVIAR
3815 24TH STREET
LONG ISLAND CITY, NY 11101


PRIME PACKAGING CORP
1290 METROPOLITAN AVE
BROOKLYN, NY 11237


READY SEAFOOD CO
1016 PORTLAND ROAD
SACO, ME 04072


RM & SONS
PO BOX 1247
WEST CHESTER, PA 19380


RUSSELL HALL SEAFOOD INC.
2501 OLD HOUSE POINT RD
FISHING CREEK, MD 21634


SEA SALT LLC
660 MAIN ST
SACO, ME 04072


SOUTH STREET SEAFOOD CORP.
800 FOOD CENTER DRIVE
UNIT 51
BRONX, NY 10474

STARK PRODUCTS CO INC
78 GRANBY STREET
BLOOMFIELD, CT 06002


STARK SEAFOOD INC
5414 74TH ST
STE 2203
ELMHURST, NY 11373


STARVIS SEAFOODS, LLC
1 SEAFOOD WAY
BOSTON, MA 02210


SULLIVAN & FITZGERALD INC.
PO BOX 259
SUCCASUNNA, NJ 07876


THE ATLANTIC RED CRAB CO.
132 HERMAN MELVILLE BLVD
NEW BEDFORD, MA 02740


UNIVERSAL SEAFOOD
800 FOOD CENTER DRIVE
#36
BRONX, NY 10474


VAL'S OCEAN PACIFIC SEAFOOD CORP
624 WORTHEN ST
BRONX, NY 10474


VALLEY NATIONAL BANK
1455 VALLEY ROAD
WAYNE, NJ 07470


VELOCITY CAPITAL GROUP LLC
MURRAY LEGAL PLLC
170 OLD COUNTRY ROAD
SUITE 608
MINEOLA, NY 11501


VIKING VILLAGE INC
1801 BAYVIEW AVE
PO BOX 458
BARNEGAT LIGHT, NJ 08006

```
WHEELER SEAFOOD
929 E MAIN AVE
UNIT 212
PUYALLUP, WA 98372
```